v.

**DEPARTMENT OF THE NAVY, MSPB, Respondent.**

No. 82–7332.

United States Court of Appeals, Ninth Circuit.

Dec. 15, 1983.

Charles A. Hobbie, Staff Counsel, James R. Rosa, Gen. Counsel, Washington, D.C., for petitioner.

J. Paul McGrath, Asst. Atty. Gen., Alexander Younger, Asst. Director, Washington, D.C., for respondent.

Before WRIGHT, CANBY, and BOOCHEVER, Circuit Judges:

ORDER

Respondent's petition for rehearing is granted.

IT IS HEREBY ORDERED that the above entitled case, commencing with the heading Attorney's Fees at page 2648 of the slip opinion, is amended to read as follows:

E. seeks attorney's fees and costs under 5 U.S.C.A. § 5596(b)(1)(A)(ii). We remand to the Board to determine whether petitioner is entitled to attorney's fees and costs. *See, Sims v. Department of Navy,* 711 F.2d 1578 (C.A.Fed.1983).

Footnotes 6 and 7 are deleted.